certiorari to the District Court of Appeal, Third Appellate District, of California, denied. *Messrs. Arthur B. Dunne, William H. Devlin, A. I. Diepenbrock,* and *Horace B. Wulff* for petitioner. *Mr. Stephen W. Downey* for respondent.

No. 694. ARBETMAN ET AL. *v.* RECONSTRUCTION FINANCE CORPORATION ET AL. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Solicitor General Biddle* and *Messrs. Clifford J. Durr, Hans A. Klagsbrunn,* and *William S. Allen* for respondents.

No. 695. DONALD ET AL. *v.* DISTRICT OF COLUMBIA. March 11, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. James T. Crouch* for petitioners. *Messrs. Elwood H. Seal, Vernon E. West,* and *Milton D. Korman* for respondent.

No. 696. CLARKE *v.* GOLD DUST CORP. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James M. Snee* for petitioner. *Mr. George W. C. McCarter* for respondent.

No. 700. FLANNERY ET AL. *v.* FLANNERY BOLT CO. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. W. Denning Stewart* for petitioners. *Messrs. Roy G. Bostwick* and *William H. Parmelee* for respondent.